# IN UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 22-10583-ELF |
| | ) | |
| MUHAMMAD K ABBASI, | ) | |
| | ) | |
| | ) | |
| Debtor | ) | CHAPTER 13 |

## CERTIFICATE OF SERVICE

I certify that on March 28, 2022, a true and correct copy of Proof of Claim 8-1 was served upon the following parties via electronic means as listed on the Court's ECF noticing system, if available otherwise by regular first class mail:

**DEBTOR:**
Muhammad K. Abbasi
747 Clinton Avenue
Bensalem, PA 19020

**DEBTOR'S COUNSEL**
Brad J. Sadek, Esq.
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

**CHAPTER 13 TRUSTEE:**
Kenneth E. West, Trustee
Office of the Chapter 13 Standing Trustee
1234 Market Street – Suite 1813
Philadelphia, PA 19107

**U.S. TRUSTEE**
United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

By:   /s/ Jason Brett Schwartz
Jason Brett Schwartz, Esquire